# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CODY CHARFAUROS,<br><br>                Plaintiff,<br><br>vs.<br><br>AMERICAN CAMPUS COMMUNITIES, INC., WILLIAM C. BAYLESS, HERMAN BULLS, STEVE DAWSON, CYDNEY DONNEL, MARY C. EGAN, ALISON HILL, CRAIG LEUPOLD, OLIVER LUCK, PAT OLES, JOHN T. RIPPEL, and R.D. BURCK,<br><br>                Defendants. | **Case No.: 1:22-cv-04075-JGK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Cody Charfauros ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: August 10, 2022                **BRODSKY & SMITH**

                                        By:  */s/ Evan J. Smith*
                                               Evan J. Smith
                                               240 Mineola Boulevard
                                               Mineola, NY  11501
                                               Phone:  (516) 741-4977
                                               Facsimile (561) 741-0626

                                               *Attorneys for Plaintiff*